MEMO ENDORSED

**Akin Gump**
STRAUSS HAUER & FELD LLP

RICHARD J. RABIN
+1 212.872.1086/fax: +1 212.872.1002
rrabin@akingump.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 5-16-16

May 13, 2016

VIA ELECTRONIC COURT FILING

The Hon. Richard J. Sullivan
U.S. District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2013
New York, NY 10007

Re: *Morgan v. Warner Bros. Pictures, et al.* (Case No. 16-CV-01411) (Rel: *Forrest v. RatPac-Dune Ent. LLC, et al.* (Case No. 16-CV-01408 (KBF)))

Dear Judge Sullivan:

Pursuant to Fed. R. Civ. P. 6(b) and Section 1(D) of Your Honor's Individual Rules of Practice, defendants RatPac Entertainment and RatPac-Dune Entertainment LLC respectfully request that their deadline to respond to plaintiffs' complaint be extended by 30 days. Plaintiffs consent to this request.

RatPac Entertainment and PaRatPac-Dune are two of ten defendants in the above-referenced action. Both defendants executed and returned plaintiffs' March 18, 2016 waiver of service form on March 23, 2016. Pursuant to Fed. R. Civ. P. 4(d)(3), defendant's response to plaintiffs' complaint is due on May 17, 2016. Neither defendant has previously sought an extension of any deadline in this case.

Counsel for the parties are engaged in discussions regarding whether RatPac Entertainment and RatPac-Dune are proper defendants in this litigation. Defendants request the 30 day extension in order to complete these discussions and potentially avoid otherwise unnecessary motion practice regarding this issue. Defendants believe that the extension will not adversely affect the Court's management of this action, as it is prepared to meet any other deadlines set by the Court's case management order. Defendants also note that none of the other defendants have filed an answer or otherwise appeared in this action as of the date of this request.

Case 1:16-cv-01411-RJS Document 22 Filed 05/13/16 Page 2 of 2

**Akin Gump**
STRAUSS HAUER & FELD LLP

The Hon. Richard J. Sullivan
United States District Court
Southern District of New York
May 13, 2016
Page 2

Thank you for your consideration of this request. Please do not hesitate to contact the undersigned if you have any questions regarding this matter.

Sincerely,

/s/ Richard J. Rabin

Richard J. Rabin

cc: James A. Vagnini
Matthew Berman

As an initial matter, the Court notes that other than Defendants Ratpac Entertainment, LLC and Ratpac-Dune Entertainment LLC, apparently none of the Defendants have been served in this case, even though the deadline for effectuating service of the Complaint (Doc. No. 1) -- that is, May 23, 2016 -- is fast approaching. *See* Fed. R. Civ. P. 4(m). Accordingly, Defendants Ratpac Entertainment, LLC and Ratpac-Dune Entertainment LLC's extension request is GRANTED with respect to all Defendants. Specifically, IT IS HEREBY ORDERED THAT Defendants -- to the extent timely service is effectuated as to each of them -- shall file their responses to the Complaint by June 17, 2016. IT IS FURTHER ORDERED THAT the initial conference currently scheduled for June 2, 2016 (*see* Doc. No. 12) shall be adjourned to Wednesday, July 6, 2016 at 11:30 a.m. IT IS FURTHER ORDERED THAT the parties' deadline for filing the joint letter and proposed case management plan and scheduling order described in the Court's March 24, 2016 Order (*id.*) shall be extended to June 29, 2016. With respect to the Defendants that have not yet been served, IT IS FURTHER ORDERED THAT Plaintiffs shall serve these Defendants a copy of this Order along with the Complaint and shall file a certificate of service on ECF indicating that such service was effectuated.

The Clerk of the Court is respectfully directed to terminate the letter motion pending at docket entry 22.

SO ORDERED
Dated: 5/16/16

RICHARD J. SULLIVAN
U.S.D.J.